Alfonso R. Kinnard #83386
Name

L.C.M.H.F. 1318 - KS 264

Larned, KS 67550
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| Alfonso R. Kinnard #83386, Plaintiff (Full Name) | CASE NO. 22-3148-SAC (To be supplied by the Clerk) |
|---|---|
| V. | |
| Kansas Dept. of Correction Defendant(s) Et. All, SST/Officer Beardsley | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

### A. JURISDICTION

1) Alfonso R. Kinnard, is a citizen of Kansas (State) (Plaintiff)

who presently resides at L.C.M.H.F. 1318 KS 264 Larned KS 67550
(Mailing address or place of confinement.)

2) Defendant SST/Officer Beardsley is a citizen of
(Name of first defendant)

Hutchinson, Kansas, and is employed as
(City, State)

SST - "Black Suit"/Correctional Officer. At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

While in handcuffs/fully restrained I was thrown to the concrete floor SST Beardsley applied an ankle lock twisting until a "pop" was heard and unbearable pain was immediate.

3) Defendant _SST/OFFICER TOWERS_ is a citizen of
(Name of second defendant)

_Hutchinson, KS_ , and is employed as
(City, state)

_SST / CORRECTIONAL OFFICER "BLACKSUIT"_ . At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

_SST TOWERS THREW ME TO THE CONCRETE FLOOR BUSTING MY HEAD OPEN_

_AND CAUSING MY TOOTH TO BE CHIPPED while fully RESTRAINED IN HANDCUFFS_

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

~~N/A~~

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

_SEE ATTACHED:_

_GRIEVANCE NO: BA0018862 (HCF) FEB 15, 2022_

_SEE ATTACHED:_

_GRIEVANCE NO: BA0018851 (HCF) DEC. 21, 2021_

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: <u>CRUEL & UNUSUAL PUNISHMENT BY KNOWINGLY & INTENTIONALLY USING EXCESSIVE FORCE WITH INTENT TO HARM/MAIM. 8th AMENDMENT VIOLATION.</u>

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

   SEE ATTACHED GRIEVANCES
   1.) BA0018862  Feb 15, 2022
   2.) BA00018851  Dec. 21, 2021

   B) (1) Count II: <u>Mental, Emotional & Physical Injury From Verbal Threats & Abuse effecting unnecessary and wanton infliction of Pain. 8th AMENDMENT VIOLATION</u>

   (2) Supporting Facts: SEE ATTACHED GRIEVANCES
   1.) BA0018862  Feb 15, 2022
   2.) BA00018851  Dec. 21, 2021

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

   d) Issues raised _____

   _____

4

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

SEE ATTACHED GRIEVANCES
1.) BA0018862   Feb. 15, 2022
2.) BA0018851   Dec. 21, 2021

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

NOMINAL DAMAGES :
COMPENSATORY DAMAGES :
PUNITIVE DAMAGES :
AN INJUNCTION / PROSPECTIVE RELIEF (PATTERN OF BRUTALITY BY SST - BEARDSLEY @ H.C.F.)

_____          x Alfonso Ray Kinnard
Signature of Attorney (if any)            Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983